**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION ) | |
| LABORERS WELFARE FUND, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | No. 4:18CV01071 CAS |
| ) | |
| HARD ROCK FOUNDATIONS, LLC, ) | |
| ) | |
| Defendant(s). ) | |

## CLERK'S ENTRY OF DEFAULT

This matter is before the Clerk of Court on Plaintiffs' Motion for Entry of Clerk's Default against Defendant Hard Rock Foundations, LLC [ECF No. 6] pursuant to Fed.R.Civ.P. 55(a). The record reflects service of summons and the complaint upon said Defendant on October 17, 2018. Defendant has failed to file an answer or other responsive pleading within the time required by Fed.R.Civ.P. 12.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Entry of Clerk's Default against Defendant Hard Rock Foundations, LLC [ECF No. 6] is GRANTED, and the default of said defendant is hereby entered.

Dated this 29th day of November, 2018.

_____
Gregory J. Linhares
Clerk of Court