UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et. al, <br><br> Plaintiffs, <br><br> v. <br><br> HARD ROCK FOUNDATIONS, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No. 4:18-CV-01071-CAS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL

As permitted by Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs give their notice of voluntary dismissal of this action without prejudice.

Respectfully submitted,

HAMMOND and SHINNERS, P.C.
13205 Manchester Road, Ste. 210
St. Louis, Missouri 63131
Tel:    (314) 727-1015
Fax:    (314) 727-6804
eperez@hammondshinners.com

/s/ Emily R. Perez
EMILY R. PEREZ, #62537
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was electronically filed with the Clerk of the Court on August 23, 2019 and a copy was mailed to the following non-participants in the ECF system:

Hard Rock Foundations, LLC
721 N. Geyer Rd.
St. Louis MO 63122